IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN D. JOHNSON, | 1:11-cv-00844-SAB-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND COMPLAINT |
| vs. | (Docket #8) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al., | |
| Defendants. | |

Plaintiff Darren D. Johnson ("Plaintiff") is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On July 20, 2012, Plaintiff filed a motion requesting leave to file an amended complaint. (Doc. #8.) Plaintiff filed a proposed amended complaint with his motion. (Doc. #9.)

Good cause having been shown, it is HEREBY ORDERED that:

1.  Plaintiff's July 20, 2012 motion requesting leave to amend is GRANTED; and
2.  This action shall proceed on Plaintiff's amended complaint filed on July 20, 2012.

IT IS SO ORDERED.

Dated: **January 8, 2013**          /s/ Stanley A. Boone

UNITED STATES MAGISTRATE JUDGE