# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN D. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al,<br><br>　　　　Defendants. | Case No. 1:11-cv-00844-SAB<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>[ECF No. 14]<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

　　　　Plaintiff Darren D. Johnson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 24, 2011.  Pursuant to 28 U.S.C. § 636(c)(1), Plaintiff consented to the jurisdiction of the United States magistrate judge.  Local Rule 305(b).  (ECF No. 6.)

　　　　On July 23, 2013, the Court dismissed Plaintiff's first amended complaint for failure to state a claim and ordered Plaintiff to file a second amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

　　　　Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which

relief may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set forth  in 28 U.S.C. § 1915(g).  <u>Silva v. Di Vittorio</u>, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   **September 18, 2013**

UNITED STATES MAGISTRATE JUDGE